## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P., | : No. 740 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| Respondent | : |
| v. | : |
| MATTHEW J. GIBSON, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.